# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN EUGENE WALKER,

    Plaintiff,

v.                                              Case No. 3:20-cv-5959-LC/MJF

KILOLO KIJAKAZI,

    Defendant.

                                                /

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 25, 2022. (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Commissioner's decision is **REVERSED**, and this action is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this order.

3. The clerk of the court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 25th day of August, 2022.

*s/L.A. Collier*
_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**