IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN EUGENE WALKER,

    Plaintiff,

v.                                          Case No.  3:20-cv-5959-LC/MJF

KILOLO KIJAKAZI,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 18, 2022. (ECF No. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    Plaintiff's unopposed motion for attorney's fees and costs, (ECF No. 19), is **GRANTED**.

2.    Plaintiff shall recover costs in the amount of $400.00, and attorney's fees in the amount of $6,218.39 for time expended by his counsel in representing

him before the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. § 2412. The fee award is subject to an offset to satisfy any qualifying outstanding debt that Plaintiff may owe to the United States.

3.  If Plaintiff receives all or any portion of the EAJA fee award, it must be mailed to him in care of his attorney, Ian MacLaren, III, 1013 Airport Blvd., Pensacola, Florida 32504.

**DONE AND ORDERED** this 22nd day of December, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**